IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMI B. TODD,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL C. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: C 10-01381 SBA<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff Todd may have an extension of 30 days in which to file her motion for summary judgment. The parties have agreed, subject to the approval of the Court, that Plaintiff's filing is due on Monday, November 22, 2010, pursuant to Civil L.R. 16-5.

///

///

Todd, EXT.MSJ
C 10-01381  SBA

Dated:  October 22, 2010

<u>S/Ian M. Sammis/</u>
IAN M. SAMMIS
Attorney for Plaintiff

Dated:   October  28, 2010

<u>S/Shea Lita Bond/</u>
Shea Lita Bond
Special Assistant U.S. Attorney
and Attorney for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   October  29, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Todd, EXT.MSJ
C 10-01381   SBA