Robert C Weems (CA SBN 148156)
Margaret M. Weems (CA SBN 164030)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
rcweems@weemslawoffices.com

Attorneys for Plaintiff
 Jami B. Todd

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMI B. TODD,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>         Defendant | Case No: 4:10-cv-01381-SBA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

   WHEREAS, Counsel of Record for Plaintiff, Robert C. Weems, requires additional time to draft Plaintiff's opposition to Defendant's cross-motion for summary judgment; and

   WHEREAS, an additional extension is appropriate due to the analysis required for briefing is taking longer than anticipated diligent efforts and the impact of holidays, and the additional 30 days is required due to preplanned vacations of limited support staff familiar with the case,  and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

   NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a Thirty (30) days extension of all deadlines in this action. This is this counsel's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MELINDA L. HAAG |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |

/s/Robert C. Weems                        By:   /s/ Shea Lita Bond
Robert C. Weems, Attorney for Plaintiff         Special Assistant United States Attorney and Attorney for the Defendant (per e-mail)

SO ORDERED:

DATE:12/26/12

*[signature: Saundra B Armstrong]*
SAUNDRA BROWN ARMSTRONG
JUDGE OF THE UNITED STATES DISTRICT COURT

1  DECLARATION OF CONCURRENCE OF SIGNATURE
2  GENERAL ORDER 45, X

3  I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the
4  document has been obtained from each of the other signatories, or from the single
5  signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation
6  " /s/ [name of signatory]."[1]

7  I declare under penalty of perjury under the laws of the United States of America
8  that the foregoing is true and correct.

                /s/ Robert C. Weems
                Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.